

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CATHY OSER**                                                                                          **PLAINTIFF**

V.                                                              CIVIL ACTION NO. 1:02CV378 LTS JMR

**FIRST USA CREDIT CARD**                                                              **DEFENDANT**

### JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

In accordance with the memorandum of decision I have this day signed, it is

**ORDERED**

That the motion of defendant First USA Credit Card to dismiss this action is hereby **GRANTED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE** to the right of either party to return to court at the conclusion of arbitration proceedings in the event further relief is sought.

**SO ORDERED** this 12th day of December, 2005.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge